IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| GEOFFREY L. SIMPKINS, | ) |
| | ) |
| Movant, | ) |
| | ) |
| versus | ) No. 01-00334-01-CR-W-NKL |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

MOVANT' TRAVERSE TO GOVERNMENT'S RESPONSE TO
MOVANT'S REQUEST FOR ITEMIZED LIST OF PROPERTY

Comes now the Movant, GEOFFREY L.SIMPKINS, pro se, hereby files his Traverse to Government's Response to Movant's Request for Itemized List of Property.

Discussion

The Movant petition/Request the Court to Order the Government to submit a itemized list of Property. Once again the Government admits that they had property that was seized by local police and given to them but to record that they had it and the Government testified before this Honorable Court and stated the Government did not receive any property from the Local Police either Hazelwood or Independence Police Dept..

The Government wants to advise this court that it does not matter who seized it that as long as it was contraband then it was alright.

upon the Government committing fraud before this Court by first lying to this Court about not receiving any of the Movant's property from Hazelwood and Independence Police Dept. The Government has now admitted they received a computer from Hazelwood Police Dept which they returned and now the Government admits in their response to this Petition that they received two photos albums from Hazelwood Police Dept. that were seized by the Independence Police Dept. This again would show this Honorable Court the Government lied and committed fraud before this COurt.

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing documents were mail this ____ day of November, 2004 first class, postage prepaid to:

William L. Meiners

Assistant United STates Attorney

400 East Ninth Street

Kansas City, Missouri 64106

_____
Geoffrey L. Simpkins
Register Number 14904045
Federal Correctional Complex-Low
P.O. Box 9000
Forrest City, Ar. 72336